**REPUBLIC WESTERN INSURANCE COMPANY, Objector**

v.

**RELIANCE INSURANCE COMPANY IN LIQUIDATION (Ancillary Matter to in Re: Reliance Insurance Company in Liquidation, No. 1 Rel 2001).**

**Appeal of Republic Western Insurance Company, Objector.**

Supreme Court of Pennsylvania.

Oct. 30, 2013.

***ORDER***

PER CURIAM.

**AND NOW,** this 30th day of October, 2013, the order of the Commonwealth Court is **AFFIRMED.** Appellant's request for leave to present oral argument is **DENIED.**